UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Sylvia Teresa Osorio, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil No. H-11-2712 |
| AT&T Corporation, et al, | § § | |
| Defendants. | § § | |

ORDER

Pursuant to the Motion of Voluntary Dismissal filed on September 14, 2011, the above-styled action shall be and is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Clerk shall send a true copy to all counsel of record.

Signed this __18__ day of October, 2011.

DAVID HITTNER
United States District Judge